# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1249**
**KA 12-02088**
PRESENT: CENTRA, J.P., FAHEY, CARNI, SCONIERS, AND VALENTINO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

SHAWN M. HALLMARK, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

R. THOMAS RANKIN, PUBLIC DEFENDER, MAYVILLE (LYLE T. HAJDU OF
COUNSEL), FOR DEFENDANT-APPELLANT.

DAVID W. FOLEY, DISTRICT ATTORNEY, MAYVILLE (PATRICK E. SWANSON OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Chautauqua County Court (John T.
Ward, J.), rendered October 1, 2012. The judgment convicted
defendant, upon his plea of guilty, of attempted criminal sale of a
controlled substance in the fifth degree.

It is hereby ORDERED that the case is held, the decision is
reserved and the matter is remitted to Chautauqua County Court for
further proceedings in accordance with the same Memorandum as in
*People v Hallmark* ([appeal No. 1] ___ AD3d ___ [Nov. 21, 2014]).

Entered:  November 21, 2014                    Frances E. Cafarell
                                               Clerk of the Court